■ In the Matter of the Claim of Georgina Cruz, Appellant. Unemployment Insurance Appeal Board of the State of New York, Respondent.— Motion for extension of time granted. Appellant to file and serve record, brief

and note of issue on or before March 15, 1963 and be ready for May 1963 Term. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.